IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ANDREW A. JOHNSON, *Plaintiff*, v. MONTGTOMERY COUNTY COURT OF COMMON PLEAS, *Defendant*. | CIVIL ACTION NO. 22-170 |
|---|---|

## ORDER RE DEFENDANT'S MOTION TO DISMISS

**AND NOW**, this 17th day of June 2022, upon consideration of Plaintiff's Complaint (ECF 1), Defendant's Motion to Dismiss Plaintiff's Complaint, (ECF 4), Plaintiff's Response in Opposition, (ECF 5), and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** and Plaintiff's Complaint is **DISMISSED without prejudice**. Plaintiff may file a first amended complaint within fourteen (14) days of this Order.

BY THE COURT:

s/ Michael M. Baylson

_____

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 22\22-170 Johnson v. Montco Court of Common Pleas\Johnson- MTD Order- FINAL.docx