IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ANDREW A. JOHNSON, *Plaintiff*,  v.  MONTGTOMERY COUNTY COURT OF COMMON PLEAS, *Defendant*. | CIVIL ACTION NO. 22-170 |
|---|---|

### ORDER RE: DEFENDANT'S MOTION TO DISMISS <u>AMENDED COMPLAINT</u>

**AND NOW**, this 9th day of September 2022, upon consideration of Plaintiff's Amended Complaint (ECF 12), Defendant's Motion to Dismiss Plaintiff's Amended Complaint, (ECF 13), Plaintiff's Response in Opposition, (ECF 14), and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** and Plaintiff's Amended Complaint is **DISMISSED without prejudice**.  Plaintiff may file a second amended complaint within fourteen (14) days of this Order.

**BY THE COURT:**
**/s/ MICHAEL M. BAYLSON**

_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 22\22-170 Johnson v. Montco Court of Common Pleas\Johnson v. MontCo- 2nd MTD Order.docx