IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREW JOHNSON,** *Plaintiff,* v. **MONTGOMERY COUNTY COURT OF COMMON PLEAS,** *Defendant.* | **CIVIL ACTION NO. 22-0170** |

# ORDER

**AND NOW**, this 23rd day of November, 2022, after considering Defendant's Motion to Dismiss Second Amended Complaint and Plaintiff's Response, as well as for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss Second Amended Complaint (Doc. No. 18) is **GRANTED WITH PREJUDICE**. The Clerk of Court is instructed to close this case.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

**MICHAEL M. BAYLSON**
**United States District Judge**